# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM BROOK, | |
| *Plaintiff*, | Civil Action No. 15 Civ. 02022 (BAH) |
| *v.* | |
| CATHERINE TETI *ET AL.*, | |
| *Defendants*. | |

## PLAINTIFF'S MOTION TO COMPEL PREPARATION OF A *VAUGHN* INDEX

> ADAM BROOK
> Address: 350 Central Park W. Apt. 12H
> New York, NY 10025
> Telephone: (646) 774-0971
> *Plaintiff* pro se



## PLAINTIFF'S MOTION TO COMPEL PREPARATION OF A *VAUGHN* INDEX

I move this Court for an order requiring Defendant U.S. Department of Health and Human Services to provide within 30 days an itemized, indexed inventory of every agency record or portion thereof responsive to Plaintiff's request which Defendants assert to be exempt from disclosure, accompanied by a detailed justification statement covering each refusal to release records or portions thereof in accordance with the indexing requirements of *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), *cert. denied*, 415 U.S. 977 (1974).

January 16, 2016                                  Respectfully submitted,

1/16/16

Adam Brook, M.D., Ph.D.
Board-Certified Cardiothoracic Surgeon
*Plaintiff* pro se
350 Central Park W. Apt. 12H
New York, NY  10025
(646) 774-0971

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2016 I am filing with the Court the original and a copy of the foregoing document.

I further certify that on this 16th day of January 2016 I am causing the foregoing document to be served by e-mail and by regular mail on Ms. Rhonda Campbell, counsel for Defendants, Assistant United States Attorney, 555 4th St NW Rm E4412, Washington, DC  20530.

January 16, 2016

Adam Brook, M.D., Ph.D.
*Plaintiff* pro se

## PROPOSED ORDER

IT IS ORDERED THAT Plaintiff's Motion to compel Defendant the U.S. Department of Health and Human Services to prepare a *Vaughn* index within 30 days of the date of this order is granted.

DATED:_____          _____
                                                                              The Honorable Beryl A. Howell
                                                                              U.S. District Judge